UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRANCE M. SHELLEY, TERRY'S OYSTERS, INC., EGLICA MADJOR, HENRY McANESPY BRACO MADJOR & IVY BILICH PARTNERSHIP, JEFFERY P. GALLET, OYSTER EAGLE, LLC, OYSTER EAGLE 2, LLC, BRACO MADJOR & MATO BJELIS PARTNERSHIP, MARY GJENERO BILICH, KURTICH AND MADJOR, MATO BJELIS AND BRACO MADJOR, IVO BILICH, MANUELA A. MADJOR, MUDDY WATERS, TERRY SHELLEY & HENRY MCANESPY PARTNERSHIP, BRACO MADJOR & IVO BILICH, SHALLOW REEF PARTNERHIP, STEPHANIE ANN VALLOT BILICH AND IVO MARK BILICH, KMB LEASES, FOX SEAFORDS, INC., RODNEY FOX, BRACO MADJOR, MADJOR & MADJOR, DAVOR BILICH, IVO MARK BILICH, KM LEASES, BILICH & BILICH PARTNERSHIP, BRIDGET CARGILL ALEXIS AND TRUMAN F. ALEXIS | * CIVIL ACTION NO: 2:22-cv-01345 <br> * <br> * JUDGE: Eldon E. Fallon <br> * <br> * MAGISTRATE: Michael B. North <br> * <br> * JURY REQUESTED <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| **Plaintiffs,** | * <br> * <br> * |
| **VERSUS** | * <br> * |
| HILCORP ENERGY COMPANY, D&L TOWING, INCORPORATED, SETTOON TOWING, LLC, CHEVRON PIPELINE COMPANY, CRESCENT MIDSTREAM, LLC, PHILLIPS 66 PIPELINE, LLC, TARGO RESOURCES CORP., CAYENNE PIPELINE, LLC, KINETICA PARTNERS, LLC, KINETICA ENERGY EXPRESS, LLC, *ET AL.* | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED PETITION/COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Terrance M. Shelley, *et al.,* and respectfully supplement and amend their Original Petition/Complaint as follows:

1.

By adding a new Paragraph 28A to read as follows:

"28A

A map based upon LDWF's oyster lease data base, as well as private GIS information showing the location of Plaintiffs' oyster leases is set forth below:



2.

By adding new Paragraph 28B to read as follows:

"28B

2

A combined effort on the part of Louisiana State agencies and Federal agencies has resulted in a project funded by the Coastal Wetlands Planning Protection, and Restoration Act known as the Coastwide Reference Monitoring System ("CRMS").  The project allowed for the placement of CRMS monitoring units all along the Louisiana coast which monitor various conditions related to water quality, including chlorophyl counts, dissolved oxygen, temperature and salinity.  The CRMS units in the vicinity of the oyster mortality event, and their locations as shown by the CRMS website maintained by the CWPRA agencies are marked by the "stars" shown in the two images below:





3.

To insert an entirely new Paragraph 28C to read as follows:

"28C

The CRMS data for the nearby Empire CRMS monitoring station indicates sudden spikes during the period of time encompassing December 26 through January 8, 2021 as shown below, some of these sudden spikes in salinity reached upward of 36 parts per thousand (ppt) well above normal salinity conditions in the Gulf of Mexico, as is shown below:





4.

By inserting a new Paragraph 29A to read as follows:

"29A

"Defendant, Hilcorp, maintains a network of pipelines in the area of the oyster mortality event which transport produced water/brine from its oil and gas operations.  In addition, Hilcorp operates saltwater disposal wells where some of the produced water/brine is reinjected into the ground beneath the seabed for disposal purposes.  Hilcorp has previously experienced brine leaks

in this area from its pipeline system.  In addition, Hilcorp retained vessels to move produced water

by barge and tanks to salt water disposal storage tanks in the area of the oyster mortality event.

While the actual location of Hilcorp's network of brine pipelines is known only to Hilcorp since

they were installed prior to informational requirements established by the Louisiana Department

of Natural Resources ("LDNR"), Hilcorp's known pipelines are shown in yellow on the west (left)

side of the attached schematic overlaid on the images of Plaintiffs' oyster leases, while its salt

water disposal wells are depicted by blue "dots" within the image set forth below:





5.

By inserting a new Paragraph 42A to read as follows:

42A

"Defendants, Chevron, Crescent, Phillips, Targa, Cayenne, Kinetica Partners, American, Venture, Venture Global, Venture Global Plaquemines, and Venture Global Gator, all operate pipelines in the vicinity of the oyster mortality event, all as is set forth in the attached map showing LDNR information concerning pipeline location superimposed upon LDWF oyster lease location

information:



6.

By inserting a new Paragraph 42B to state as follows:

42B

"Upon information and belief, the significant and sudden increases in salinity could only have been caused by a release of brine and/or produced water from one or more pipelines, facilities, tanks or vessel activities in the immediate area of the oyster mortality incident."

7.

To insert an entirely new Paragraph 44A to state as follows:

44A

"Upon information and belief, these tugs owned and operated by D&L and Settoon were working for Hilcorp or other oil and gas companies, including the Defendants named herein, and involved in activities requiring the transportation or use of brine or produced water."

8

8.

All of the allegations herein arise out of the exact same negligent conduct set forth in the original Petition/Complaint. Accordingly, pursuant to FRCP Rule 15(A)(C) or alternatively, to the extent Louisiana oil would apply, pursuant to art. 1153 of the Louisiana Code of Civil Procedure, all allegations against these Defendants set forth herein relate back to the date of the filing of the original Petition/Complaint.

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this Petition/Complaint, as supplemented and amended, and after due proceedings had, there be Judgment herein in favor of Plaintiffs and against Defendants, and each of them, jointly, severely, and *in solido,* for all of Plaintiffs' damages, as well as interest and costs of these proceedings, and all equitable relief this Court be competent to grant.

Respectfully submitted:

s/ *Andrew C. Wilson*
ANDREW C. WILSON (01162)
Milling Benson Woodward, L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
Telephone:  (985) 871-3924
Facsimile: (985) 871-6957
Email: awilson@millinglaw.com
**Counsel for Plaintiffs**

9

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on February 28, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

/s/ *Andrew C. Wilson*